UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STARR INDEMNITY AND LIABILITY CO., | CASE NO. C18-0647-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties stipulated motion to extend the mediation deadline (Dkt. No. 13). Finding good cause, the motion is GRANTED. The parties shall complete mediation no later than May 13, 2019.

DATED this 7th day of February 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk