THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STARR INDEMNITY AND LIABILITY CO., | CASE NO. C18-0647-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation to continue trial and pretrial case management dates (Dkt. No. 13). Finding good cause, the Court ENTERS the following amended case scheduling order:

| Event | Deadline |
|---|---|
| Discovery deadline | November 11, 2019 |
| Dispositive motions deadline | December 11, 2019 |
| Court Trial | March 9, 2020 |

The Clerk is DIRECTED to vacate the trial date currently scheduled for September 9, 2019.

MINUTE ORDER
C18-0647-JCC
PAGE - 1

DATED this 25th day of February 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk