THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STARR INDEMNITY AND LIABILITY CO., | CASE NO. C18-0647-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order to modify briefing schedule (Dkt. No. 28). Finding good cause, the Court ADOPTS the parties' stipulation. Plaintiff shall file its response in opposition to Defendant's motion for attorney fees (Dkt. No. 26) no later than July 22, 2019. Defendant shall file its optional reply brief no later than July 26, 2019. The Clerk is DIRECTED to re-note Defendant's motion for attorney fees (Dkt. No. 26) to July 26, 2019.

//

//

//

MINUTE ORDER
C18-0647-JCC
PAGE - 1

1  DATED this 10th day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0647-JCC
PAGE - 2