THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STARR INDEMNITY AND LIABILITY CO.,

                  Plaintiff,

    v.

EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC.,

                  Defendant.

CASE NO. C18-0647-JCC

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      This matter comes before the Court on the parties' stipulation and proposed order to modify briefing schedule (Dkt. No. 33). Finding good cause, the Court ADOPTS the parties' stipulation. Defendant shall file its reply brief no later than August 2, 2019. The Clerk is DIRECTED to re-note Defendant's motion for attorney fees (Dkt. No. 26) to August 2, 2019.

      DATED this 24th day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk